## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DRM VECTORS, LLC,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** |
| **OVERDRIVE, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

### PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff DRM Vectors, LLC ("Plaintiff"), by and through its undersigned counsel, files this Original Complaint against Defendant OverDrive, Inc. ("Defendant") as follows:

### NATURE OF THE ACTION

1.      This is a patent infringement action to stop Defendant's infringement of United States Patent No. 9,305,143 ("the '143 patent") entitled "Broadcasting of Electronic Documents Preserving Copyright and Permitting Private Copying".  A true and correct copy of the '143 patent is attached hereto as <u>Exhibit A</u>.  Plaintiff is the owner by assignment of the '143 patent. Plaintiff seeks monetary damages and injunctive relief.

### PARTIES

2.      Plaintiff is a limited liability company having a principal place of business located at 717 North Union St. Wilmington, DE  19805.

3.      Upon information and belief, Defendant is a corporation organized and existing under the laws of the State of Delaware with a principal place of business located at One OverDrive Way Cleveland, OH 44125. Defendant can be served with process by serving the The Corporation Trust Company, Corporation Trust Center 1209 Orange Street, Wilmington, Delaware 19801.

**JURISDICTION AND VENUE**

4.      This action arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, including 35 U.S.C. §§ 271, 281, 283, 284, and 285.

5.      This Court has subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §§ 1331 and 1338(a).

6.      The Court has personal jurisdiction over Defendant because Defendant is present within or has minimum contacts within the State of Delaware and the District of Delaware; Defendant has purposefully availed itself of the privileges of conducting business in the State of Delaware and in the District of Delaware; Defendant has sought protection and benefit from the laws of the State of Delaware; Defendant regularly conducts business within the State of Delaware and within the District of Delaware; and Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of Delaware and in the District of Delaware. Further, this Court has personal jurisdiction over Defendant because it is incorporated in Delaware and has purposely availed itself of the privileges and benefits of the laws of the State of Delaware.

7.      More specifically, Defendant, directly and/or through intermediaries, ships, distributes, uses, provides, offers for sale, sells, and/or advertises products and services in the United States, the State of Delaware, and the District of Delaware including but not limited to the Accused Instrumentalities as detailed below.  Upon information and belief, Defendant has committed patent infringement in the State of Delaware and in the District of Delaware. Defendant solicits and has solicited customers in the State of Delaware and in the District of Delaware.  Defendant has paying customers who are residents of the State of Delaware and the

District of Delaware and who each use and have used the Defendant's products and services in the State of Delaware and in the District of Delaware.

8.     Venue is proper in the District of Delaware pursuant to 28 U.S.C. §§ 1400(b). On information and belief, Defendant is incorporated in this district, or has a regular and established business presence in this district and has transacted business in this district, and has directly and/or indirectly committed acts of patent infringement in this district.

<u>COUNT I – PATENT INFRINGEMENT</u>

9.     Plaintiff refers to and incorporates herein the allegations of Paragraphs 1-8 above.

10.     The '143 patent was duly and legally issued by the United States Patent and Trademark Office on April 5, 2016 after full and fair examination.  Plaintiff is the owner by assignment of the '143 patent and possesses all rights of recovery under the '143 patent, including the exclusive right to sue for infringement and recover past damages and obtain injunctive relief.

11.     Defendant owns, uses, operates, advertises, controls, sells, and otherwise provides systems, methods and apparatus that infringe the '143 patent.  The '143 patent provides, among other things, "a method of broadcasting electronic documents allowing the protection of copyright and private copying including a network accessible control server taking customer orders, network accessible delivery and control servers, and equipment supporting a display for consulting the document."

Defendant has been and is now infringing the '143 patent in the State of Delaware, in this judicial district, and elsewhere in the United States, by, among other things, directly or through intermediaries, making, using, importing, testing, providing, supplying, distributing, selling, and/or offering for sale, methods (including, without limitation, the Defendant's products

including OverDrive Media Console, App and its copyright protection functionality identified herein as the "Accused Instrumentality") that provide methods for accessing an order server containing models of documents to distribute, an item database, a customer database with the emails of customers, an order database containing references of the works ordered, and digital rights associated with the works ordered, said digital rights comprising controlled consultation rights as constraints, and permanently acquired digital rights, the order server configured for handling an order received from the customer on the network accessing a delivery server via the network, the delivery server configured for generating a specific copy of a document ordered by a customer from the model of the document ordered, the order server sending order information to the delivery server, the order information comprising, at least the reference to the work, customer contact information, the controllable consultation rights,and other digital rights ordered, the delivery server creating a delivery record of the work ordered containing the unique identifier to control the said work ordered, the order server responding to the customer's order by sending the customer a URL link towards the delivery server, the URL link comprising, as a parameter, at least the unique identifier of the copy ordered; responsive to an activation of the URL link by the customer, the delivery server generating a specific copy of the work ordered, by a library used for creation of documents on the fly containing the unique identifier, a supervision agent for the document, and the other permanently acquired digital rights relating to the document, the supervision agent designed to verify the controlled digital rights of each copy of the ordered work; accessing a control server via the network, the control server configured to verify digital rights acquired by the customer using the unique identifier of the ordered document copy; when delivering the ordered document copy to the customer, the delivery server sending to the control server the controlled information containing at least the unique identifier of the

ordered document copy and the set of digital rights controlled; and operating a customer computing device, supporting a viewer, to allow the customer, via the viewer, to consult the ordered document, previously downloaded from the delivery server, said viewer designed to allow the customer to consult the ordered document; and a verification step comprising the sub-steps of when opening the specific copy on the customer computing device, the supervision agent of the specific copy causing the customer computing device to connect to the control server, and the supervision agent of the specific copy sending a query containing at least the unique identifier of the specific copy, in response to receiving the query, the control server returning a response comprised of one of i) an authorization to consult the specific copy, and ii) a consultation refusal, according to the specific copy's controlled digital rights as stored by the control server, and when the customer computing device receives the response from the control server, the supervision agent of the specific copy allowing the consultation of the specific copy when the response comprises the authorization to consult the specific copy and prohibiting the consultation of the specific copy when the response comprises the consultation refusal covered by at least claim 1 of the '143 patent to the injury of DRM Vectors, LLC. Defendant is directly infringing, literally infringing, and/or infringing the '143 patent under the doctrine of equivalents. Defendant is thus liable for infringement of the '143 patent pursuant to 35 U.S.C. § 271.

15.     Defendant has induced and continues to induce infringement of the '143 patent by intending that others use, offer for sale, or sell in the United States, products and/or methods covered by one or more claims of the '143 patent, including, but not limited to, methods, and products comprising methods that broadcast electronic documents which preserve copyrights and premite private copying that infringe one or more claims of the '143 patent.

16.     Defendant indirectly infringes the '143 patent by inducing infringement by others, such as resellers, customers and end-use consumers, in accordance with 35 U.S.C. § 271(b) in this District and elsewhere in the United States. Direct infringement is a result of the activities performed by the resellers, customers and end-use consumers of the broadcasting of electronic documents which preserve copyrights and permit private copying, including methods, and products comprising methods for broadcasting electronic documents which preserve copyrights and permit private copying.

17.     Defendant received notice of the '143 patent at least as of the date this lawsuit was filed.

18.     Defendant's affirmative acts of providing and/or selling the methods, and products comprising methods for broadcasting electronic documents which preserve copyrights and permit private copying, including manufacturing and distributing, and providing instructions for using the methods, and products comprising methods for broadcasting electronic documents which preserve copyrights and permit private copying in their normal and customary way to infringe one or more claims of the '143 patent. Defendant performs the acts that constitute induced infringement, and induce actual infringement, with the knowledge of the '143 patent and with the knowledge or willful blindness that the induced acts constitute infringement.

19.     Defendant specifically intends for others, such as resellers, customers and end-use consumers, to directly infringe one or more claims of the '143 patent, or, alternatively, has been willfully blind to the possibility that its inducing acts would cause infringement. By way of example, and not as limitation, Defendant induces such infringement by its affirmative action by, among other things: (a) providing advertising on the benefits of using the Accused

Instrumentalities' functionality; (b) providing information regarding how to use the Accused Instrumentalities' functionality; (c) providing instruction on how to use the Accused Instrumentalities' functionality; and (d) providing hardware and/or software components required to infringe the claims of the '143 patent.

20.     Accordingly, a reasonable inference is that Defendant specifically intends for others, such as resellers, customers and end-use consumers, to directly infringe one or more claims of the '143 patent in the United States because Defendant has knowledge of the '143 patent at least as of the date this lawsuit was filed and Defendant actually induces others, such as resellers, customers and end-use consumers, to directly infringe the '143 patent by using, selling, and/or distributing, within the United States, methods, and products comprising methods for broadcasting electronic documents which preserve copyrights and permit private copying.

21.     As a result of Defendant's acts of infringement, Plaintiff has suffered and will continue to suffer damages in an amount to be proved at trial.

22.     Defendant continues advising, encouraging, or otherwise inducing others to use the methods, and products comprising the methods claimed by the '143 patent to the injury of Plaintiff.  Since at least the filing date of the Original Complaint, Defendant has had knowledge of the '143 patent, and by continuing the actions described above, has specific intent to induce infringement of the '143 patent pursuant to 35 U.S.C. § 271(b), and has further contributed to said infringement of the '143 patent by their customers by providing them with the Accused Instrumentalities so that their customers could directly infringe the '143 patent.

23.     Claim 1 of the '143 patent, claims:

24.     An electronic document creation method protecting copyrights and allowing private copying, comprising the steps of:

accessing an order server containing models of documents
to distribute, an item database, a customer database with the emails of customers, an order database containing references of the works ordered, and digital rights associated with the works ordered, said digital rights comprising controlled consultation rights as constraints, and permanently acquired digital rights, the order server configured for handling an order received from the customer on the network;

accessing a delivery server via the network, the delivery server configured for generating a specific copy of a document ordered by a customer from the model of the document ordered, the order server sending order information to the delivery server, the order information comprising, at least the reference to the work, customer contact information, the controllable consultation rights,and other digital rights ordered;

the delivery server creating a delivery record of the work ordered containing the unique identifier to control the said work ordered;

the order server responding to the customer's order by sending the customer a URL link towards the delivery server, the URL link comprising, as a parameter, at least the unique identifier of the copy ordered;

responsive to an activation of the URL link by the customer, the delivery server generating a specific copy of the work ordered, by a library used for creation of documents on the fly containing the unique identifier, a supervision agent for the document, and the other permanently acquired digital rights relating to the document, the supervision agent designed to verify the controlled digital rights of each copy of the ordered work;

accessing a control server via the network, the control server configured to verify digital rights acquired by the customer using the unique identifier of the ordered document copy;

when delivering the ordered document copy to the customer, the delivery server sending to the control server the controlled information containing at least the unique identifier of the ordered document copy and the set of digital rights controlled; and

operating a customer computing device, supporting a viewer, to allow the customer, via the viewer, to consult the ordered document, previously downloaded from the delivery server, said viewer designed to allow the customer to consult the ordered document; and

a verification step comprising the sub-steps of

when opening the specific copy on the customer computing device, the supervision agent of the specific copy causing the customer computing device to connect to the control server, and the supervision agent of the specific copy sending a query containing at least the unique identifier of the specific copy;

in response to receiving the query, the control server returning a response comprised of one of i) an authorization to consult the specific copy, and ii) a consultation refusal, according to the specific copy's controlled digital rights as stored by the control server, and

when the customer computing device receives the response from the control server, the supervision agent of the specific copy allowing the consultation of the specific copy when the response comprises the authorization to consult the specific copy and prohibiting the consultation of the specific copy when the response comprises the consultation refusal.

25.    An electronic document creation method protecting copyrights and allowing private copying, comprising the steps of:

**Rakuten OverDrive, Inc. (OverDrive Media Console)**






APPLY AT:
company.overdrive.com/connect-application

SOURCE: https://company.overdrive.com/files/PublisherBrochure.pdf



SOURCE: https://company.overdrive.com/files/eBookHowToGuide.pdf

OverDrive Media Console uses Adobe digital edition which is designed for creating and protecting e-book pdf files. The created pdf' which are protected by Digital Rights Management (DRM) are encrypted so it will allow restricted copying, cutting or pasting.

**OverDrive**

- Your computer requires the OverDrive Media Console to listen to audiobooks. You can download this program for free off the OverDrive website.
- Your computer requires Adobe Digital Editions to read eBooks. You can download this program for free off the Adobe website.
- Your mobile device requires the Libby mobile app that can be downloaded for free from the Android, Windows, or Apple app store.

SOURCE:
http://www.peacelibrarysystem.ab.ca/sites/default/files/images/peacelibrarysystem/Adobe%20Digital%20Editions%20Manual_1.pdf

**The Adobe eBook Platform**

The Adobe eBook Platform consists of four key tools: Adobe InDesign' CC software, Adobe Content Server 6 software, the Adobe Reader' Mobile 11 Software Development Kit (SDK), and Adobe Digital Editions software. Together, these tools enable:

- Publishers to create and distribute eBook files
- Retailers and libraries to securely distribute these files to consumers
- Device manufacturers to enable e-readers and smartphones to access eBook files
- Consumers to download and read eBooks

The Adobe eBook Platform offers both publishers and consumers a complete solution from authoring to reading. Publishers can leverage their existing use of InDesign to create EPUB, EPUB3 and PDF files and protect and distribute those files with Content Server. Users with devices enabled by the Reader Mobile SDK (over 50 different dedicated e-reader devices and eBook applications) or desktops with Digital Editions can download and read eBooks easily. Already in thousands of retail locations and libraries all over the world, Adobe's solution satisfies the needs of publishers, distributors, and consumers alike.

SOURCE: https://www.adobe.com/content/dam/acom/en/solutions/ebook/adobe_ebook_platform_whitepaper.pdf

- Add ACS to your existing content management, distribution, and ecommerce systems with ease
- Integrates with existing online bookstore technologies, libraries and educational solutions
- Offers granular permissions-based control over viewing, printing and copying
- Supports multiple business models including purchase, lending, rentals, classroom scenarios and more

### Adobe® Content Server

Protect your ebooks with the publishing industry's most widely adopted rights-management system used by distributors, retailers and libraries around the world. Adobe® Content Server ("ACS") is the proven server software solution that protects PDF and EPUB files.

**SOURCE:** http://www.bluefirereader.com/adobe-drm.html

accessing an order server containing models of documents to distribute, an item database, a customer database with the emails of customers, an order database containing references of the works ordered, and digital rights associated with the works ordered, said digital rights comprising controlled consultation rights as constraints, and permanently acquired digital rights, the order server configured for handling an order received from the customer on the network;



- Your Adobe ID is the email address that you used to sign up.
- Your Adobe password is the password you used to create the account.
- You can use your Adobe ID and Adobe password immediately after you've created it.

**SOURCE:** https://www.adobe.com/content/dam/acom/en/solutions/ebook/content-management-infographic.jpg



**SOURCE:** https://www.adobe.com/content/dam/acom/en/solutions/ebook/content-management-infographic.jpg

accessing a delivery server via the network, the delivery server configured for generating a specific copy of a document ordered by a customer from the model of the document ordered, the order server sending order information to the delivery server, the order information comprising, at least the reference to the work, customer contact information, the controllable consultation rights, and other digital rights ordered;



SOURCE: https://www.adobe.com/in/solutions/ebook/content-server.html



SOURCE: https://www.adobe.com/in/solutions/ebook/content-server.html

SOURCE: https://www.adobe.com/content/dam/acom/en/solutions/ebook/adobe_ebook_platform_whitepaper.pdf

the delivery server creating a delivery record of the work ordered containing the unique identifier to control the said work ordered;



SOURCE: https://www.adobe.com/in/solutions/ebook/content-server.html

**Adobe Content Server 6**

Adobe Content Server allows publishers, retailers, distributors, and libraries to host and manage eBook distribution. This server software encrypts PDF and EPUB eBook files and allows publishers and retailers to manage the rights on the eBook files they distribute. At the outset, Content Server allows publishers to monetize their content. It also enables them to innovate on their business model without being locked into a specific distributor's terms. This reduces the "walled garden" scenario and helps publishers avoid disintermediation by dominant technology players.

SOURCE: https://www.adobe.com/content/dam/acom/en/solutions/ebook/adobe_ebook_platform_whitepaper.pdf

the order server responding to the customer's order by sending the customer a URL link towards the delivery server, the URL link comprising, as a parameter, at least the unique identifier of the copy ordered;





SOURCE: https://www.mobileread.com/forums/attachment.php?attachmentid=23955&d=1235077245

SOURCE: http://www.ukessays.com/essays/computer-science/ebook-security-adobe-adapt-drm-1911.php

responsive to an activation of the URL link by the customer, the delivery server generating a specific copy of the work ordered, by a library used for creation of documents on the fly containing the unique identifier, a supervision agent for the document, and the other permanently acquired digital rights relating to the document, the supervision agent designed to verify the controlled digital rights of each copy of the ordered work;





SOURCE: https://www.adobe.com/in/solutions/ebook/content-server.html

SOURCE: http://www.ukessays.com/essays/computer-science/ebook-security-adobe-adapt-drm-1911.php



To save a public domain EPUB to my computer...

On Windows...

1. Right-click the 'Download' link.
2. Select 'Save Target As...' or 'Save Link As...'.
   A dialog box is displayed that allows you to select a location on your computer to which to save the eBook.
3. Select a location.
4. Click 'Save'.
   The eBook is saved to your computer.

SOURCE: https://tricountycc.libguides.com/overdrive/gutenberg

**ODM files**

The OverDrive app uses ODM files to open and download audiobooks that you've borrowed from your library's digital collection.

You'll need the OverDrive app to open an ODM file.

**ACSM files**

Adobe Digital Editions (ADE) and the OverDrive app use ACSM files to download DRM-protected ebooks.

You'll need ADE or the OverDrive app to open an ACSM file.

SOURCE: https://help.overdrive.com/customer/portal/articles/1481659-what-are-odm-and-acsm-files-

When Adobe Digital Editions opens your book, it confirms that you have the permissions to read it. Many books are Digital Right Management (DRM) protected. If it is not a protected book, you can open it and start reading.

However, if it is a protected book, you have to authorize Adobe Digital Editions using either an Adobe ID or a Vendor ID.

SOURCE: https://helpx.adobe.com/in/digital-editions/using/authorizing-and-de-authorizing-adobe-digital-editions.html

When the user is redirected towards the delivery server, the server generates a specific copy as per user requirement and send it in the form of .acsm file which contains the encrypted key (Here: unique identifier) and the supervision agent (here: ACS Manager).

When users purchase an eBook that has been secured using the method described here, they will receive a .acsm file (Adobe Content Server Manager file)—the newly secured Adobe PDF eBook file that will be opened in Adobe Digital Editions for access and use.

SOURCE: https://static1.squarespace.com/static/50b7766ce4b04580b679404e/t/57ed301ae4fcb5fad2f23fda/14751621405 27/ Secure_PDF_Distribution_Guide_FINAL.pdf

accessing a control server via the network, the control server configured to verify digital rights acquired by the customer using the unique identifier of the ordered document copy;



The adobe digital editions verifies digital rights using the encrypted keys with the fulfilment server (here: control server) and provides access to download the e-book file if verification is successful.

1. A unique user key is created for the user account encrypted with RSA with PKCS#1 v1.5 padding by the E-Reader software. The account information not the device is used to create the key therefore allowing an EBook with DRM to be read on various devices. This is required to open the ACSM file.

SOURCE: http://www.ukessays.com/essays/computer-science/ebook-security-adobe-adapt-drm-1911.php

When Adobe Digital Editions opens your book, it confirms that you have the permissions to read it. Many books are Digital Right Management (DRM) protected. If it is not a protected book, you can open it and start reading.

However, if it is a protected book, you have to authorize Adobe Digital Editions using either an Adobe ID or a Vendor ID.

SOURCE: https://helpx.adobe.com/in/digital-editions/using/authorizing-and-de-authorizing-adobe-digital-editions.html

Click on the green download button marked 'Download my ebook'.

Adobe Digital Editions, which is available as a free download for computers, tablets, and mobile phones, is the reader that works with the Adobe Content Server DRM to supply the PDF eBook securely. The purchaser of the secure PDF eBook would use the Adobe Digital Editions program to access, read, and use the product. In order to access and view the book in Adobe Digital Editions, the user needs an Adobe ID so that the Adobe Content Server can authenticate the person using the book upon download and allow initial file access.

SOURCE: https://static1.squarespace.com/static/50b7766ce4b04580b679404e/t/57ed301ae4fcb5fad2f23fda/ 1475162140527/Secure_PDF_Distribution_Guide_FINAL_092916.pdf

Your browser may open a dialog box asking if you wish to save or open the URLLink.acsm file. This is the file that Adobe Digital Editions will use to request the ebook file from our fulfilment server. Please choose to open the file in Adobe Digital Editions.

SOURCE: https://static1.squarespace.com/static/50b7766ce4b04580b679404e/t/57ed301ae4fcb5fad2f23fda/ 1475162140527/Secure_PDF_Distribution_Guide_FINAL_092916.pdf

when delivering the ordered document copy to the customer, the delivery server sending to the control server the controlled information containing at least the unique identifier of the ordered document copy and the set of digital rights controlled; and

Adobe Content Server Message (ACSM) files are small files created and used during the process of downloading electronic books (eBooks) from Adobe.

These .ACSM files are first created by a client's Adobe Digital Editions application and contain a unique activation ID, they are then sent to an Adobe Content Server where the request eBook is encrypted and sent to the client.

This automatic process ensures that only the intended client can open the eBook and is a form of DRM (Digital rights management), preventing illegal distribution of copyright material.

**Source:** http://dotwhat.net/file/extension/acsm/10489

The distributer (here: delivery server) while delivering the Google playbooks e-book file in the form of .acsm file to the customer, the acsm file communicates with control server and sends the information with activation id and the associated rights to the control server.

If you do have Adobe Digital Editions installed and authorized correctly, then you won't even see the .acsm file at all. It will do its job in the background of your ebook download. The purpose of this file is to communicate with Adobe's content server and register the ebook to the Adobe ID that you have used to authorize ADE. If you don't know how to do the authorization process, read my post about it.

**SOURCE:** https://ebookreaderssoftware.wordpress.com/2010/12/10/acsm-files-what-they-are-and-how-to-work-with-them/

When users purchase an eBook that has been secured using the method described here, they will receive a .acsm file (Adobe Content Server Manager file)—the newly secured Adobe PDF eBook file that will be opened in Adobe Digital Editions for access and use.

**SOURCE:** https://static1.squarespace.com/static/50b7766ce4b04580b679404e/t/57ed301ae4fcb5fad2f23fda/1475162140527/Secure_PDF_Distribution_Guide_FINAL_092916.pdf



**SOURCE:** https://www.adobe.com/in/solutions/ebook/content-server.html

operating a customer computing device, supporting a viewer, to allow the customer, via the viewer, to consult the ordered document, previously downloaded from the delivery server, said viewer designed to allow the customer to consult the ordered document; and

1. If you activate your computer with Digital Editions anonymously, all the purchased or borrowed books afterwards belong to that computer.
2. If you activate your computer with Digital Editions with an ID, all the purchased or borrowed books afterwards belong to that ID.
3. The books downloaded before activation will not be converted.
4. Books can be copied from one device to another device. If two devices are activated with the same ID, purchased books can be opened on the other device. If the other device is not activated or if it is activated with another ID, a pop up window will appear to ask for ID when opening the purchased book. Borrowed books cannot be opened on another computer regardless its activation status. It is because that the loan token is not copied.
5. Borrowed books and their loan tokens will be copied when transfer (not copy, this is an ADE feature) them between computer and device (e-reader).
6. If the permission limits the books to be viewed on only one device, the copied books will not be able to be opened.

Adobe Digital Editions can be used to read eBooks you download from library websites or popular booksellers. It may be used in high-contrast mode or with popular screen readers.

**Source:** https://www.adobe.com/in/solutions/ebook/digital-editions-faq.html

Adobe Digital Editions, which is available as a free download for computers, tablets, and mobile phones, is the reader that works with the Adobe Content Server DRM to supply the PDF eBook securely. The purchaser of the secure PDF eBook would use the Adobe Digital Editions program to access, read, and use the product. In order to access and view the book in Adobe Digital Editions, the user needs an Adobe ID so that the Adobe Content Server can authenticate the person using the book upon download and allow initial file access.

**SOURCE:** https://static1.squarespace.com/static/50b7766ce4b04580b679404e/t/57ed301ae4fcb5fad2f23fda/1475162140527/Secure_PDF_Distribution_Guide_FINAL_092916.pdf

Adobe digital editions is the viewer software that allows the customer to read all the ordered Google play e-books after logging in the adobe account. The user can use this reader software on his mobile and computer devices.

a verification step comprising the sub-steps of when opening the specific copy on the customer computing device, the supervision agent of the specific copy causing the customer computing device to connect to the control server, and the supervision agent of the specific copy sending a query containing at least the unique identifier of the specific copy;

Adobe Digital Editions, which is available as a free download for computers, tablets, and mobile phones, is the reader that works with the Adobe Content Server DRM to supply the PDF eBook securely. The purchaser of the secure PDF eBook would use the Adobe Digital Editions program to access, read, and use the product. In order to access and view the book in Adobe Digital Editions, the user needs an Adobe ID so that the Adobe Content Server can authenticate the person using the book upon download and allow initial file access.

When users purchase an eBook that has been secured using the method described here, they will receive a .acsm file (Adobe Content Server Manager file)—the newly secured Adobe PDF eBook file that will be opened in Adobe Digital Editions for access and use.

SOURCE: https://static1.squarespace.com/static/50b7766ce4b04580b679404e/t/57ed301ae4fcb5fad2f23fda/1475162140527/Secure_PDF_Distribution_Guide_FINAL_092916.pdf

If you do not have Adobe Digital Editions installed and authorized correctly, then you won't even see the .acsm file as it does its job in the background of your ebook download. The purpose of this file is to communicate with Adobe's content server and register the ebook to the Adobe ID that you have used to authorize ADE. If you don't know how to do the authorization

SOURCE: https://ebookreadersoftware.wordpress.com/2010/12/10/acsm-files-what-they-are-and-how-to-work-with-them/

> The .acsm file also act as a supervision agent for the e-book. The purpose of this file is to communicate with the control server and to provide the necessary information such as user's adobe id (here: unique identifier).

**To save a public domain EPUB to my computer…**

On Windows…

1. Right-click the "Download" link.
2. Select "Save Target As…" or "Save Link As…".
   A dialog box is displayed that allows you to select a location on your computer to which to save the eBook.
3. Select a location.
4. Click "Save".
   The eBook is saved to your computer.

SOURCE: https://tricountycc.libguides.com/overdrive/gutenberg

in response to receiving the query, the control server returning a response comprised of one of i) an authorization to consult the specific copy, and ii) a consultation refusal, according to the specific copy's controlled digital rights as stored by the control server, and

> The control server will check the authorization of the user's ID and as a response it will allow the user to consult the copy of the e-book if the user completes the verification. If the control server does not verifies the user ID then the user will get an error message and will not be able to consult the e-book.

**For books you've purchased from the Google Play Store**

1.Go to the 'About this book' page for your ebook by clicking on its cover under "My Books." This page lists an overview of the book, along with other information about the title.

2.Click on 'Read on your device'.

3.Click on either the EPUB or PDF link for the book file you'd like to transfer. This will download the ACSM file onto your computer.

4.Open the ACSM file from your computer. The file should open with Adobe Digital Editions. If it does not, right-click the ACSM file and select 'Open With…' and choose 'Adobe Digital Editions'. Alternatively, you can open Adobe Digital Editions, click on the downward facing arrow next to "Library" and select "Add Item to Library."

5.Your book from Google Play is now added to the 'All Items' bookshelf in the Library View. If you are not in the Library View, click on the top-left most icon in the window.

SOURCE: https://www.odysseybks.com/google-ebooks

Adobe Digital Editions, which is available as a free download for computers, tablets, and mobile phones, is the reader that works with the Adobe Content Server DRM to supply the PDF eBook securely. The purchaser of the secure PDF eBook would use the Adobe Digital Editions program to access, read, and use the product. In order to access and view the book in Adobe Digital Editions, the user needs an Adobe ID so that the Adobe Content Server can authenticate the person using the book upon download and allow initial file access.

When users purchase an eBook that has been secured using the method described here, they will receive a .acsm file (Adobe Content Server Manager file)—the newly secured Adobe PDF eBook file that will be opened in Adobe Digital Editions for access and use.

SOURCE: https://static1.squarespace.com/static/50b7766ce4b04580b679404e/t/57ed301ae4fcb5fad2f23fda/1475162140527/Secure_PDF_Distribution_Guide_FINAL_092916.pdf



SOURCE: https://helpx.adobe.com/digital-editions/kb/id-been-previously-used.html

**For books you've purchased from the Google Play Store**

1.Go to the 'About this book' page for your ebook by clicking on its cover under "My Books." This page lists an overview of the book, along with other information about the title.

2.Click on 'Read on your device'.

3.Click on either the EPUB or PDF link for the book file you'd like to transfer. This will download the ACSM file onto your computer.

4.Open the ACSM file from your computer. The file should open with Adobe Digital Editions. If it does not, right-click the ACSM file and select 'Open With…' and choose 'Adobe Digital Editions'. Alternatively, you can open Adobe Digital Editions, click on the downward facing arrow next to "Library" and select "Add Item to Library."

5.Your book from Google Play is now added to the 'All Items' bookshelf in the Library View. If you are not in the Library View, click on the top-left most icon in the window.

SOURCE: https://www.odysseybks.com/google-ebooks

Adobe Digital Editions, which is available as a free download for computers, tablets, and mobile phones, is the reader that works with the Adobe Content Server DRM to supply the PDF eBook securely. The purchaser of the secure PDF eBook would use the Adobe Digital Editions program to access, read, and use the product. In order to access and view the book in Adobe Digital Editions, the user needs an Adobe ID so that the Adobe Content Server can authenticate the person using the book upon download and allow initial file access.

SOURCE: https://static1.squarespace.com/static/50b7766ce4b04580b679404e/t/57ed301ae4fcb5fad2f23fda/1475162140527/Secure_PDF_Distribution_Guide_FINAL_092916.pdf

when the customer computing device receives the response from the control server, the supervision agent of the specific copy allowing the consultation of the specific copy when the response comprises the authorization to consult the specific copy and prohibiting the consultation of the specific copy when the response comprises the consultation refusal.





26.     Defendant's aforesaid activities have been without authority and/or license from Plaintiff.

27.     To the extent any marking was required by 35 U.S.C. § 287, Plaintiff and all predecessors in interest to the '143 patent complied with all marking requirements under 35 U.S.C. § 287.

28.     Plaintiff is entitled to recover from Defendant the damages sustained by Plaintiff as a result of the Defendant's wrongful acts in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## JURY DEMAND

Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court find in its favor and against the
Defendant, and that the Court grant Plaintiff the following relief:

A. a judgment that Defendant directly and/or indirectly infringes one or more
claims of the '143 patent;

B. award Plaintiff damages in an amount adequate to compensate Plaintiff for
Defendant's infringing products' infringement of the claims of the '143 patent,
but in no event less than a reasonable royalty, and supplemental damages for any
continuing post-verdict infringement until entry of the final judgment with an
accounting as needed, under 35 U.S.C. § 284;

C. award Plaintiff pre-judgment interest and post-judgment interest on the damages
awarded, including pre-judgment interest, pursuant to 35 U.S.C. § 284, from the
date of each act of infringement of the '143 patent by Defendant to the day a
damages judgment is entered, and an award of post-judgment interest, pursuant to
28 U.S.C. § 1961, continuing until such judgment is paid, at the maximum rate
allowed by law; and an accounting of all damages not presented at trial;

D. a judgment and order finding this to be an exceptional case and requiring
defendant to pay the costs of this action (including all disbursements) and
attorneys' fees, pursuant to 35 U.S.C. § 285;

E. award a compulsory future royalty for the '143 patent; and award such further
relief as the Courts deems just and proper.

Dated: May 9, 2019                          STAMOULIS & WEINBLATT LLC

                                            _/s/Stamatios Stamoulis_
                                            Stamatios Stamoulis #4606
                                            Richard C. Weinblatt #5080
                                            800 N. West Street, Third Floor
                                            Wilmington, DE 19801
                                            (302) 999-1540
                                            stamoulis@swdelaw.com
                                            weinblatt@swdelaw.com

                                            **HANSLEY LAW FIRM, PLLC**
                                            Austin Hansley
                                            Texas Bar No.: 24073081
                                            13355 Noel Rd. STE 1100
                                            Dallas, Texas 75240
                                            Telephone: (972) 528-9321 Ext. 1000

Facsimile:  (972) 370-3559
Email: ahansley@hansleyfirm.com
www.hansleyfirm.com
**ATTORNEY FOR PLAINTIFF**
**DRM VECTORS, LLC**